# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.  
Chief U.S. Probation Officer



150 Rowan Street, Suite 110  
Fayetteville, NC 28301-5730  
910-354-2537  
Fax: 910-483-2690

**DATE:** May 3, 2017

**FROM:** Eddie J. Smith  
Supervising U.S. Probation Officer

**SUBJECT:** SPENCER, Amanda  
Case No.: 5:11-CR-229-10BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
U.S. District Judge

On March 2, 2012, pursuant to a guilty plea to Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine, Amanda Spencer appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 65 months imprisonment to be followed by 3 years supervised release.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since April 2016. Her term of supervision is set to expire on April 30, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_      5-3-17  
Terrence W. Boyle      Date  
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.     Crim. No. 5:11-CR-229-10BO

AMANDA SPENCER

On May 1, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: May 3, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3__ day of __May__, 2017.

Terrence W. Boyle
U.S. District Judge